IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v<br><br>$13,908.00 IN UNITED STATES: FUNDS,: First-Named Defendant Property,:<br><br>$2,350.00 IN UNITED STATES: FUNDS,: Second-Named Defendant Property,:<br><br>RICKY PRIESTER, and: SIMONNE SMITH,:<br>    Claimants.: | :<br>:<br>:   CASE NO.  5:08-CV-52 (HL)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**FINAL ORDER OF FORFEITURE AS TO**
**THE SECOND-NAMED DEFENDANT PROPERTY**

On March 3, 2008, Plaintiff filed a Verified Complaint for Forfeiture against the Defendant Property.  The Complaint alleges that the Second-Named Defendant Property constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, or constitutes proceeds traceable to such an exchange, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).  Pending now before the Court is the United States' Motion For Final Order of Forfeiture as to the Second-Named Defendant Property.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.     Pursuant to a Warrant of Arrest this Court issued on March 4, 2008, an for the United States Marshals Service for the Middle District of Georgia arrested and seized the Second-Named Defendant Property on March 7, 2008.

2. The United States perfected service of process of this action on potential claimants Ricky Priester and Simonne Smith, through their attorney. The United States also mailed a complaint package to Jenard Quarell Johnson and McArthur Jenkins which were returned as unclaimed.

3. The United States published notice of this action on an official government website, www.forfeiture.gov for at least thirty (30) consecutive days, beginning on March 19, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The United States also published notice of this action in The Twiggs Times on March 27, 2008, April 3, 2008, April 10, 2008, and April 17, 2008.

4. On April 28, 2008, potential claimants Ricky Priester and Simonne Smith, through their counsel of record, Randall A. Schmidt, Esq., filed a Claim and subsequently filed an Answer on April 29, 2009, to the Verified Complaint for Forfeiture, asserting their interest in the Defendant Property.

5. On September 5, 2009, Claimant Simonne Smith, through her counsel, filed a Notice of Withdrawal, waiving any right or claim to the Second-Named Defendant Property.

6. On September 13, 2009, Claimant Ricky Priester, through his counsel, filed a Notice of Withdrawal, waiving any right or claim to the Defendant Property.

7. As of today's date, no other persons or entities have filed a claim and in this action and the time for filing claims and answers has now expired.

8. Plaintiff had probable cause to commence this action against and to seek forfeiture of the Second-Named Defendant Property.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

All right, title, and interest in the Second-Named Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

SO ORDERED, this 10thday of December, 2009.

*S/  Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE


PREPARED BY:

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683