IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-52 (HL) |
| **$13,908.0 IN UNITED STATES** | : | |
| **FUNDS, et al.: Defendant Property,** | : | |
| | : | |
| **SIMONNE SMITH, CLAIMANT.** | : | |

_____

## ORDER

The parties have executed and presented to the Court a Stipulation for Settlement and Release of Claims as to the First-Named Defendant Property which is attached hereto and made a part of this Order, in which they agreed that $7,650.00 shall be forfeited to the United States and the remainder of the First-Named Defendant Property released to Claimant Simonne Smith. Accordingly, the Court hereby makes the following findings of fact and conclusions of law:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1345 and 1355, and venue is proper pursuant to 28 U.S.C. § 1395.

2. The United States has furnished due and legal notice of these proceedings as required by law. All persons known to the United States to have a possible interest in the First-Named Defendant Property have received actual notice and service of the complaint, and warrant for arrest in this action.

3. Claimant filed a Claim and an Answer in these proceedings, asserting her

interest in the First-Named Defendant Property. No other claims have been filed and the time for filing claims has now expired.

4.  There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that the First-Named Defendant Property is subject to forfeiture in accordance with 21 U.S.C. § 881(a)(6).

THEREFORE, IT IS HEREBY ORDERED THAT:

1.  All right, title, and interest of Claimant in $7,650.00 of the First-Named Defendant Property is hereby forfeited to the United States.

2.  All other right, title, and interest in $6,285.00 of the First-Named Defendant Property is hereby given to Simonne Smith, who will have clear title to this property and may warrant good title to any subsequent transferee.

3.  The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law.

4.  The United States Marshals Service shall issue a check in the amount of $6,285.00, payable jointly to Simonne Smith and Randall A. Schmidt, Esquire, 620 West 37th Street, Savannah, Georgia, 31415, and forward same to the United States Attorney the Middle District of Georgia for distribution to Claimant.

5.  Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the First-Named Defendant Property, nor any attorney, agent, or employee of the States, be liable to suit or judgment on account of the seizure of the First-Named Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

**SO ORDERED**, this 11th day of December, 2009.

             *s/   Hugh Lawson*
             **HUGH LAWSON, SENIOR JUDGE**